[Reset Form]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

FILED
2014 MAY -9 PM 4:38

Case Number **CR 14 00267**
U.S.A. v. **MARCELINO ARREDONDO-SANCHEZ**
[✓] Indictment   [ ] Information

Defendant Number **1**
Year of Birth **1963**
Investigative agency (FBI, DEA, etc.) **DEA**

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense **Ongoing**

c. County in which first offense occurred
**Los Angeles**

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
[✓] Los Angeles   [ ] Ventura
[ ] Orange   [ ] Santa Barbara
[ ] Riverside   [ ] San Luis Obispo
[✓] San Bernardino   [ ] Other _____

Citation of Offense **21 USC 846, 841(a)(1), 856**

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes

IF YES   Case Number **N/A**

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED
CASE **N/A**

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: **N/A**
Case Number **N/A**
Charging **N/A**

The complaint:   [ ] is still pending
[ ] was dismissed on: **N/A**

**PREVIOUS COUNSEL**

Was defendant previously represented?   [ ] No   [ ] Yes
IF YES, provide, Name: **N/A**
Phone Number: **N/A**

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?   [ ] Yes   [ ] No
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
**N/A**
Case Number **N/A**
The superseded case:
[ ] is still pending before Judge/Magistrate Judge
**N/A**
[ ] was previously dismissed on **N/A**
Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?  [x] YES   [ ] NO
IF YES, list language and/or dialect:
Spanish

**OTHER**
- [x] Male
- [ ] Female
- [ ] U.S. Citizen
- [x] Alien

Alias Name(s)  CHALINO

This defendant is charged in:  [ ] All counts
[x] Only counts: 1, 2, 3, 5
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  [ ] Yes  [x] No
IF YES, should matter be sealed?  [ ] Yes  [x] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] public corruption
- [ ] government fraud
- [ ] tax offenses
- [ ] environmental issues
- [ ] mail/wire fraud
- [x] narcotics offenses
- [ ] immigration offenses
- [ ] violent crimes/firearms
- [ ] corporate fraud
- [ ] Other

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision?  [ ] Yes  [x] No
d. Is on bail or release from another district: N/A

Defendant is **in** custody:
a. Place of incarceration:  [ ] State  [ ] Federal
b. Name of Institution: N/A
c. If Federal: U.S. Marshal's Registration Number: N/A
d. [ ] Solely on this charge. Date and time of arrest: N/A
e. On another conviction:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal  [ ] Writ of Issue
f. Awaiting trial on other charges:  [ ] Yes  [ ] No
   IF YES:  [ ] State  [ ] Federal  AND
   Name of Court: N/A
Date transferred to federal custody: N/A
This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  20  21  40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information. EXPLAIN:

Date  5/2/2014

Signature of Assistant U.S. Attorney
Christopher K. Pelham
Print Name