UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARCELINO ARREDONDO-SANCHEZ,<br>　aka "Chalino,"<br><br>　　　　Defendant. | No. CR 14-267-MWF<br><br><u>INFORMATION RE: PRIOR CONVICTIONS FOR A FELONY DRUG OFFENSE FOR DEFENDANT MARCELINO ARREDONDO-SANCHEZ</u><br><br>[21 U.S.C. § 851: Proceedings to Establish Prior Convictions] |

The United States Attorney charges:

COUNT ONE

[21 U.S.C. § 851]

Defendant MARCELINO ARREDONDO-SANCHEZ, also known as "Chalino" ("ARREDONDO"), prior to committing the offenses alleged in Counts One, Two, Three, and Five of the Indictment in <u>United States v. Marcelino Arredondo-Sanchez, et al.</u>, CR No. 14-267-MWF, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about July 30, 1992, in the Superior Court of the State of California, County of Orange, Case Number C-93696, defendant ARREDONDO was convicted of sale of narcotics, in violation of California Health and Safety Code Section 11352(a).

COUNT TWO

[21 U.S.C. § 851]

Defendant MARCELINO ARREDONDO-SANCHEZ, also known as "Chalino" ("ARREDONDO"), prior to committing the offenses alleged in Counts One, Two, Three, and Five of the Indictment in <u>United States v. Marcelino Arredondo-Sanchez</u>, CR No. 14-267-MWF, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about September 11, 2002, in the United States District Court for the Northern District of Illinois, No. CR 01-439-JBZ, defendant ARREDONDO was convicted of conspiracy to distribute, and to possess with intent to distribute, at least five kilograms of cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

STEPHANIE YONEKURA
Acting United States Attorney

*/s/ R. E. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime
Drug Enforcement Task Force Section

RASHA GERGES SHIELDS
Assistant United States Attorney
Deputy Organized Crime
Drug Enforcement Task Force Section

CHRISTOPHER K. PELHAM
Assistant United States Attorney
Major Frauds Section